# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER LOGAR,** | **CASE NO. 1:21-CV-00305** |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **PHILLIP SAVELLI,** | **JUDGMENT ENTRY** |
| **Defendant.** | |

For the reasons stated in the Memorandum Opinion and Order issued this date, Plaintiff's Motion for Default Judgment (Doc. No. 6) is GRANTED. Default judgment is entered in Plaintiff's favor against Defendant for $5,564.47 in damages, $12,787.45 in attorneys' fees, and $402 in costs.

**IT IS SO ORDERED.**

Date: June 21, 2021

                                                                     *s/Pamela A. Barker*
                                                             PAMELA A. BARKER
                                                             U. S. DISTRICT JUDGE